# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA,<br>on their own behalf and on behalf of all others similarly situated<br>v.<br><br>THE GEO GROUP, INC. | Case No. 22-1409 |

**INSTRUCTIONS: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

The GEO Group, Inc.                    Appellant                              , in the subject case(s).
[Party or Parties]        [Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related

proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓ There are no such parties, or any such parties have already been disclosed to the court.

Scott A. Schipma
Name of Counsel

s/ Scott A. Schipma
Signature of Counsel

Greenberg Traurig, LLP
2101 L Street NW
Washington, DC 20037
(202) 331-3141

Mailing Address and Telephone Number

schipmas@gtlaw.com
E-Mail Address

Dominic E. Draye
Name of Counsel

s/ Dominic E. Draye
Signature of Counsel

Greenberg Traurig, LLP
2101 L Street NW
Washington, DC 20037
(202) 331-3168

Mailing Address and Telephone Number

drayed@gtlaw.com
E-Mail Address

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on November 30, 2022, via CM/ECF e-service and email to:

Robert Andrew Free
R. Andrew Free Law Office
414 Union Street, Suite 900
Nashville, TN 37209
andrew@immigrantcivilrights.com

Alexander Hood
Juno Turner
Towards Justice
PO Box 371680
Pmb 44465
Denver, CO 80237-5680
alex@towardsjustice.org
juno@towardsjustice.org

David Lopez
Outten & Golden
601 Massachusetts Avenue NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Hans Meyer
Meyer Law Office
901 West 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Brandt Milstein
Andrew Hess Turner
Milstein Turner
1490 Lafayette Street, Suite 304
Denver, CO 80218
brandt@milsteinturner.com
andrew@milsteinturner.com

*Attorneys for Appellees*

| | |
|---|---|
| November 30, 2022 | */s/ Dominic E. Draye* |
| Date | GREENBERG TRAURIG, LLP |
| | 2101 L Street NW |
| | Washington, DC 20037 |
| | *Attorneys for Appellant* |