# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA, on their own behalf and on behalf of all others similarly situated<br><br>v.<br><br>THE GEO GROUP, INC. | Case No. 22-1409 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of   The GEO Group, Inc.
              [Party Name(s)]
certifies[1] as follows:

- ✓ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

    BlackRock Fund Advisors is a publicly held corporation that owns 10% or more of The GEO Group, Inc.'s stock.  No other publicly held corporation owns 10% or more of The GEO Group, Inc.'s stock.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

There is no information to disclose pursuant to Fed. R. App. P. 26.1.

December 13, 2022
Date

/s/ Dominic E. Draye
Signature

## CERTIFICATE OF SERVICE

I, Dominic E. Draye, hereby certify that on December 13, 2022, I served a copy of the foregoing **Disclosure Statement** upon all counsel of record via CM/ECF e-service and email, as follows:

Robert Andrew Free
R. Andrew Free Law Office
414 Union Street, Suite 900
Nashville, TN 37209
andrew@immigrantcivilrights.com

Alexander Hood
Juno Turner
Towards Justice
PO Box 371680
Pmb 44465
Denver, CO 80237-5680
alex@towardsjustice.org
juno@towardsjustice.org

David Lopez
Outten & Golden
601 Massachusetts Avenue NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Hans Meyer
Meyer Law Office
901 West 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Brandt Milstein
Andrew Hess Turner
Milstein Turner
1490 Lafayette Street, Suite 304
Denver, CO 80218
brandt@milsteinturner.com
andrew@milsteinturner.com

*Attorneys for Appellees*

I further state that on this same date, I sent a copy of the foregoing **Disclosure Statement** via U.S. Mail to the following:

Clerk of Court
United States District Court for the District of Colorado
901 19th Street, Suite 105A
Denver, CO  80294

December 13, 2022                           */s/ Dominic E. Draye*
Date                                                    GREENBERG TRAURIG, LLP
                                                              2101 L Street NW
                                                              Washington, DC 20037
                                                              *Attorneys for Appellant*