FILED  
United States Court of Appeals  
Tenth Circuit

December 14, 2022

Christopher M. Wolpert  
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

ALEJANDRO MENOCAL, et al.,

  Plaintiffs - Appellees,

v.

THE GEO GROUP, INC.,

  Defendant - Appellant.

No. 22-1409  
(D.C. No. 1:14-CV-02887-JLK-MEH)  
(D. Colo.)

_____

### ORDER

_____

Appellees' *Motion to Dismiss for Lack of Jurisdiction*, Appellant's *Opposition* thereto, and any reply that may be filed by Appellees, are referred to the panel of judges that will be assigned to decide the appeal on the merits. No ruling on jurisdiction will issue at this time.

Appellant's opening brief and appendix are due within 40 days from the date of this order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk