FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 20, 2022

Christopher M. Wolpert
Clerk of Court

---

ALEJANDRO MENOCAL, et al.,

　Plaintiffs - Appellees,

v.

THE GEO GROUP, INC.,

　Defendant - Appellant.

No. 22-1409
(D.C. No. 1:14-CV-02887-JLK-MEH)
(D. Colo.)

---

### ORDER

---

This matter is before the court on appellees' reply in support of the motion to dismiss. The reply is referred to the panel who will decide this appeal on the merits. No ruling will issue at this time.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk