UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Menocal, et al.

v.

The GEO Group

Case No. 22-1409

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Alejandro Menocal, Marcos Brambila, Lourdes Argueta, Hugo Hernandez, Grizel Xahuentitla, Jesus Gaytan, Olga Alexaklina, Dagoberto Vizguerra, and Demetrio Valerga

[Party or Parties][1]

Appellees , in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

---

Jennifer D. Bennett
Name of Counsel

/s/ Jennifer D. Bennett
Signature of Counsel

100 Pine St, Suite 1250 San Francisco, CA 94111; (415) 573-0336
Mailing Address and Telephone Number

jennifer@guptawessler.com
E-Mail Address

---

Robert D. Friedman
Name of Counsel

/s/ Robert D. Friedman
Signature of Counsel

2001 K St NW, Suite 850 NW, Washington, DC 20009; (202) 888-1741
Mailing Address and Telephone Number

robert@guptawessler.com
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

03/23/2023
Date

/s/ Jennifer D. Bennett
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

03/23/2023
_____
Date

/s/ Jennifer D. Bennett
_____
Signature