**No. 22-1409**

# In the United States Court of Appeals for the Tenth Circuit

ALEJANDRO MENOCAL, MARCOS BRAMBILA, LOURDES ARGUETA, HUGO HERNANDEZ, GRIZEL XAHUENTITLA, JESUS GAYTAN, OLGA ALEXAKLINA, AND DEMETRIO VALERGA,
*Plaintiffs-Appellees*,

v.

THE GEO GROUP, INC.,
*Defendant-Appellant.*

On Appeal from the United States District Court,
for the District of Colorado (Denver) (Hon. John L. Kane)
No. 1:14-cv-02887-JLK-MEH

**PLAINTIFFS-APPELLEES' MOTION TO FILE A PROVISIONALLY SEALED VOLUME OF THE SUPPLEMENTAL APPENDIX**

Plaintiffs-Appellees respectfully request that this Court permit them to file a volume of their supplemental appendix provisionally under seal.

1. The district court entered a protective order in this case, *Alejandro Menocal et al., v. The GEO Group, Inc.*, Case No. 1:14-cv02887-JLK (D. Col. Nov. 26, 2018) (Dkt. No. 157).

2. The Plaintiffs-Appellees' supplemental appendix contains some documents that were filed under seal in the district court. These documents are: contracts between GEO and ICE, GEO's detainee work plans, and ICE's National Detainee Handbook, the latter of which, though filed in the district court under seal,

1

is publicly available at https://www.ice.gov/detain/detention-management/national-detainee-handbook.

3.　The Plaintiffs-Appellees do not believe that any of these documents satisfy the requirements of Circuit Rule 25.6. But because the documents were filed under seal in the district court, they have notified both the Defendant-Appellant and the United States that they are filing them with this Court. The Plaintiffs-Appellees request that this Court file the volume of the supplemental index containing these documents provisionally under seal to allow the Defendant-Appellant and the United States an opportunity to notify this Court if they believe that the requirements of Circuit Rule 25.6 are satisfied, and, if so, to establish that.

March 24, 2023　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Jennifer D. Bennett*
　　　　　　　　　　　　　　　　　　　　JENNIFER D. BENNETT
　　　　　　　　　　　　　　　　　　　　GUPTA WESSLER PLLC
　　　　　　　　　　　　　　　　　　　　100 PINE STREET
　　　　　　　　　　　　　　　　　　　　SUITE 1250
　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94111
　　　　　　　　　　　　　　　　　　　　(415) 573-0336
　　　　　　　　　　　　　　　　　　　　*jennifer@guptawessler.com*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 201 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing appendix with Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett
