# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

v. | Case No.

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____

[Party or Parties][1]

_____

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

_____         _____
Name of Counsel                                                Name of Counsel

*[signature]*
_____         _____
Signature of Counsel                                           Signature of Counsel

_____         _____
Mailing Address and Telephone Number       Mailing Address and Telephone Number

_____         _____
E-Mail Address                                                 E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

_____
Date

*[signature: Ral Deny]*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    On_____ I sent a copy of this Entry of Appearance
            [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                               [state method of service]

_____
Date

*/s/ Rael Denny*
_____
Signature