FILED
United States Court of Appeals
Tenth Circuit

April 6, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT
_____

ALEJANDRO MENOCAL, et al.,

    Plaintiffs - Appellees,

v.

THE GEO GROUP, INC.,

    Defendant - Appellant.

No. 22-1409
(D.C. No. 1:14-CV-02887-JLK-MEH)
(D. Colo.)

_____

**ORDER**
_____

    This matter is before the court once again on Plaintiffs-Appellees' Motion to File a Provisionally Sealed Volume of the Supplemental Appendix (the "Motion"). The appellees indicated that they did not believe the materials in the supplemental appendix would need to be filed under seal in this court but were seeking leave to do so because the materials were filed under seal in the district court proceedings. This court entered an order directing any party that wished to respond to the Motion to file their responses within 10 days. We now have Appellant's Response to Plaintiffs-Appellees' Motion to File a Provisionally Sealed Volume of the Supplemental Appendix (the "Response"), in which the appellant describes in detail why it believes the materials in the appellees' supplemental appendix should be and remain filed under seal in this court.

    Upon consideration of the Motion and the Response, the Motion is provisionally granted subject to reconsideration by the panel of judges that will later be assigned to

decide this appeal. Unless the court orders otherwise, both the electronic and hard copy versions of the appellees' supplemental appendix will remain under seal.

                                              Entered for the Court
                                              CHRISTOPHER M. WOLPERT, Clerk

                                              by: Lara Smith
                                                  Counsel to the Clerk