No. 22-1409

# In the United States Court of Appeals for the Tenth Circuit

ALEJANDRO MENOCAL, MARCOS BRAMBILA, LOURDES ARGUETA, HUGO HERNANDEZ, GRIZEL XAHUENTITLA, JESUS GAYTAN, OLGA ALEXAKLINA DAGOBERTO VOZGUERRA, AND DEMETRIO VALERGA,
*Plaintiffs-Appellees,*

v.

THE GEO GROUP, INC.,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the District of Colorado (Denver)
No. 1:14-cv-02887-JLK-MEH (Hon. John L. Kane)

## PLAINTIFFS-APPELLEES' BILL OF COSTS

JUNO TURNER
DAVID SELIGMAN
ALEXANDER HOOD
RACHEL DEMPSEY
TOWARDS JUSTICE
PO Box 371680
Denver, CO 80237
(720) 248-8426

MICHAEL SCIMONE
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 658-0137
*mscimone@outtengolden.com*

JENNIFER D. BENNETT
GUPTA WESSLER PLLC
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

ROBERT D. FRIEDMAN
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*robert@guptawessler.com*

November 5, 2024                *Counsel for Plaintiffs-Appellees*

BILL OF COSTS

Plaintiff-Appellee Alejandro Menocal et al. respectfully submit this bill of costs pursuant to Federal Rule of Appellate Procedure 39 and Local Rule 39.2. Below are the costs that were reasonably and necessarily incurred in these appeals:

|  | No. of Original Pages | Total Documents reproduced | Total No. of Copies | Reproduction Costs Allowable Per Page | Costs Requested |
| --- | --- | --- | --- | --- | --- |
| Appellees' Response Brief | 66 | 7 | 462 | $0.20 | $141.30 |
| Appellees' Supplemental Appendix | 646 | 1 | 646 | $0.20 | $129.20 |
| Total |  |  |  |  | $270.50 |

Menocal attaches as exhibits invoices for the reproduction costs of the briefs. Outten & Golden LLP respectfully requests said costs of $270.50 be taxed and included in the mandate from the judgment of this Court's October 22, 2024, decision.

Respectfully submitted,

*/s/ Michael Scimone*
MICHAEL SCIMONE
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 658-0137
*mscimone@outtengolden.com*

November 5, 2024                    *Counsel for Plaintiffs-Appellees*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Michael Scimone*
Michael Scimone