# Exhibit A

# Invoice

**Counsel Press Inc-Deckergallagher**
8790 Governor's Hill Drive
Cincinnati, OH  45249 US
mbrown@counselpress.com

| BILL TO | SHIP TO |
|---|---|
| Outten & Golden LLP<br>Michael Scimone<br>685 Third Avenue<br>25th Floor<br>New York, NY 10017 | Outten & Golden LLP<br>Michael Scimone<br>685 Third Avenue<br>25th Floor<br>New York, NY  10017 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10-23003 | 04/03/2023 | $0.00 | 04/03/2023 | Due On Receipt {1} | |

**SALES REP**
DW

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Base fee, print-ready | Appellee Brief Base fee, print-ready file | 1 | 250.00 | 250.00 |
| Brief costs | Pages of Brief printing, (66 pp. x 7 = 462) | 462 | 0.20 | 92.40 |
| Binding (Spiral) | Brief Binding per book (perfect) | 7 | 5.00 | 35.00 |
| Base fee, print-ready | Appendix Base fee, print-ready file | 1 | 250.00 | 250.00 |
| Brief costs | Pages of Appendix printing, (646 pp. x 1 = 646) | 646 | 0.20 | 129.20 |
| Binding (Spiral) | Appendix Binding per book (spiral) | 3 | 5.00 | 15.00 |
| Post (handling & certificates) | Handling & certificates ($50/Court; $10/party) | 1 | 50.00 | 50.00 |
| Postage for filing/service | Postage for filing/service (FedEx, NDA) | 1 | 253.58 | 253.58 |
| | | | | 0.00 |
| | mscimone@outtengolden.com | | | 0.00 |
| | Mahek Ahmad mahek@guptawessler.com | | | |

22-1409, Alejandro Menocal, et al. v. The Geo Group, Inc., APPELLEE, SUP APX (10th Cir.)

PAYMENT                1,075.18
BALANCE DUE            $0.00

PAID