FILED  
United States Court of Appeals  
Tenth Circuit

**November 21, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS  
FOR THE TENTH CIRCUIT

_____

No. 22-1409  
Menocal v. GEO Group et al.,  
(D.C. No. 1:14-CV-02887-JLK-MEH )

_____

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellees and against Appellant. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

**PRINTING EXPENSE:**

| | |
|---|---|
| Appellees' Response Brief | $141.30 |
| Appellees' Supplemental Appendix | $129.20 |

**TOTAL PRINTING EXPENSE**                                $    270.50

**OTHER COSTS:**

                                                          $      0.00

**GRAND TOTAL, STATEMENT OF COSTS**                       $    270.50

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert  
Clerk of the Court