UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

November 21, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 22-1409, Menocal, et al v. GEO Group
Dist/Ag docket: 1:14-CV-02887-JLK-MEH

Dear Clerk:

Please be advised that a statement of costs for this case issued today. It supplements the previously issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Jennifer Bennett
Rachel Dempsey
Dominic Draye
Robert Friedman
Alexander Hood
Adam Koshkin
Hans Meyer
Brandt Milstein
Michael Scimone
David Hollis Seligman

Andrew Hess Turner
Juno Turner

CMW/jm