# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 16, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  The GEO Group, Inc.
           v. Alejandro Menocal, et al.
           No. 24-758
           (Your No. 22-1409)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 13, 2025 and placed on the docket January 16, 2025 as No. 24-758.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Angela Jimenez
           Case Analyst