# United States Court of Appeals
## For the Tenth Circuit

No. 22-01409

Alejandro Menocal, *et. al.*,
*Plaintiffs-Appellees,*

*v.*

The GEO Group, Inc.
*Defendant-Appellant.*

**PLAINTIFFS-APPELLEES' MOTION TO EXTEND TIME FOR RESPONSE BRIEF**

Plaintiffs-Appellees respectfully request a 30-day extension of time, from February 22, 2023, to March 24, 2023, to file their response brief. Appellant does not oppose this request. Appellees submit there is good cause for this request, as follows:

1. Appellees are in the process of associating new appellate counsel to brief and argue this appeal. An extension of time is necessary to ensure that new appellate counsel is able to sufficiently review the record and the issues to prepare

the answering brief. Anticipated lead appellate counsel for the plaintiffs-appellees in this case, Jennifer Bennett, has a number of pressing obligations that have taken up and will continue to take up substantial time over the next month. In addition, her colleagues have their own deadlines that will make it difficult for them to help prepare the brief absent an extension. Specifically, Ms. Bennett and her colleagues have the following recent and upcoming deadlines over the next month:

- An opening brief due in the Ninth Circuit in *Anderson v. Intel*, No. 22-16268, on February 7, 2023;

- An oral argument in the Supreme Judicial Court of Massachusetts in *Doucet v. FCA*, No. SJC-13354, on February 8, 2023;

- An oral argument in the Ninth Circuit in *Mills v. Target*, No. 21-56308, on February 9, 2023;

- A reply brief due in the Second Circuit in *Darnis v. Raytheon*, No. 22-2861, on February 14, 2023;

- An answering brief due in the Colorado Supreme Court in *Aurora Public Schools v. Saupe*, No. 2022SC824, on February 21, 2023;

- A petition for certiorari due in the U.S. Supreme Court in *Bye v. MGM*, No. 22A546, on February 27, 2023;

- A brief in opposition due in the U.S. Supreme Court in *In re Elster*, No. 22-704, on February 27, 2023;

- An oral argument in the Washington Supreme Court in *Long v. Monsanto*, No. 101,592-5, on March 1, 2023;

- An opening brief due in the Ninth Circuit in *Blankinship v. Union Pacific Railroad*, No. 22-16849, on March 1, 2023;

- A reply brief due in the Eleventh Circuit in *Holden v. Holiday Inn*, No. 22-11734, on March 1, 2023;

- An opening brief due in the Third Circuit in *Scanlan v. American Airlines*, No. 22-3294, on March 2, 2023;

- An oral argument in the Second Circuit in *Sessa v. TransUnion*, No. 2287, on March 3, 2023; and

- A reply brief due in the Eleventh Circuit in *Louis v. Bluegreen*, No. 22-12217, on March 6, 2023;

2. This is Appellee's first extension request.

3. Appellant does not oppose the request, and the extension will not delay resolution of this matter or cause prejudice to any party.

The Court should grant the Appellees' unopposed motion for an extension of time to file their response brief to March 24, 2023.

                                          Plaintiffs-Appellees,

                                          By their attorneys,

/s/
Juno Turner
Alexander N. Hood
David H. Seligman
**Towards Justice**
P.O. Box 371680
Pmb 44465
Denver, CO 80237-5680
720-239-2606
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org

Michael J. Scimone
Adam Koshkin
**Outten & Golden LLP**
685 Third Ave., 25th Floor
New York, NY 10017
212-245-1000
One California St., 12th Fl.
San Francisco, CA 94111
mscimone@outtengolden.com
akoshkin@outtengolden.com

Brandt Milstein
Andrew H. Turner
**Milstein Turner**
1490 Lafayette St., Suite 304
Denver, CO 80218
303-957-5754
brandt@milsteinturner.com
andrew@milsteinturner.com

Hans Meyer
**Meyer Law Office**
901 West 10th Aven., Suite 2A
Denver, CO 80204
303-831-0817
hans@themeyerlawoffice.com

# CERTIFICATE OF COMPLIANCE WITH WORD VOLUME LIMITATION

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 454 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font

Date: February 6, 2023                s/ Juno Turner
                                      Attorney for the Plaintiffs-Appellees

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing document:

a) all required privacy redactions have been made per 10th Cir. R. 25.5;

b) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

c) the electronic version of this brief was scanned for viruses with www.virustotal.com and is free of viruses.

Date: February 6, 2023                s/ Juno Turner
                                      Attorney for the Plaintiffs-Appellees

# CERTIFICATE OF OPPONENT'S POSITION PURSUANT TO 10TH CIRCUIT RULE 27.1

I hereby certify that counsel for Plaintiffs-Appellees have conferred with counsel for Defendants-Appellants. Defendants-Appellants do not oppose this motion.

Date: February 6, 2023                     s/ Juno Turner
                                           Attorney for the Plaintiffs-Appellees

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to all Defendants-Appellants that have appeared:

Date: February 6, 2023                     s/ Juno Turner
                                           Attorney for the Plaintiffs-Appellees