# **EXHIBIT A**

**U.S. DEPARTMENT OF JUSTICE**

**Cole Finegan**
United States Attorney
District of Colorado

---

*Timothy B. Jafek*
*Assistant United States Attorney*

1801 California Street, Suite 1600     (303) 454-0100
Denver, CO  80202

April 4, 2023

Dominic E. Draye
Greenberg Traurig, LLP
2101 L Street N.W.
Washington, D.C. 20037
drayed@gtlaw.com

Michael Scimone
Outten & Golden, LLP
685 Third Ave, 25th Floor
New York, NY 10017
mscimone@outtengolden.com

Dear Counsel,

      This letter regards Plaintiff-Appellee's Motion to File a Provisionally Sealed Volume of the Supplemental Appendix and the Court's order regarding that motion.  As consistent with prior practice, U.S. Immigration and Customs Enforcement (ICE) writes this letter to the parties to inform them of ICE's position regarding the use of documents that contain ICE information.

      ICE has no objection to treating the documents as they had been in the district court and maintaining them as sealed in the Tenth Circuit filings.  If the analysis were to go beyond that, ICE's position is as follows.  ICE believes if ECF Nos. 262-2, 262-4, and 262-5 (excerpts of various contracts between GEO and ICE) were unsealed that redactions should be made of: (1) the names, signatures, and contact information of DHS personnel in order to protect their privacy; and (2) DHS accounting information because that is DHS's financial information.  The contract documents also include the contractor unit pricing, which GEO may consider confidential proprietary financial information.  GEO should evaluate whether redactions would be necessary for those portions of the documents.  ICE is not aware that any of the above information is relevant for the proceedings in the Tenth Circuit.  As for ECF Nos. 262-5 and 262-6 (internal GEO documents), ICE would not request any redactions, as those documents originate with and belong to GEO.  As for ECF No. 310-1, ICE does not believe that sealing is necessary because the current version of that document is available on the ICE public facing website.   To be clear, ICE has no objection to sealing or any redactions GEO may seek.

ICE appreciates that parties' continued concern with the use of ICE information in this litigation.

If you have any questions, please let me know.

Sincerely,

*s/ Timothy B. Jafek*
Timothy B. Jafek
Assistant U.S. Attorney

Cc: ICE counsel