UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 22, 2024

Mr. Dominic Draye
Mr. Scott A. Schipma
Greenberg Traurig
District of Columbia
2101 L Street, NW, Suite 1000
Washington, DC 20037

**RE:**     22-1409, Menocal, et al v. GEO Group
Dist/Ag docket: 1:14-CV-02887-JLK-MEH

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Jennifer Bennett
           Rachel Dempsey
           Robert Friedman
           Alexander Hood
           Adam Koshkin
           Hans Meyer
           Brandt Milstein
           Michael Scimone
           David Hollis Seligman
           Andrew Hess Turner
           Juno Turner


CMW/jm