FILED  
United States Court of Appeals  
Tenth Circuit

December 1, 2022

Christopher M. Wolpert  
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ALEJANDRO MENOCAL, et al.,

    Plaintiffs - Appellees,

v.

THE GEO GROUP, INC.,

    Defendant - Appellant.

No. 22-1409  
(D.C. No. 1:14-CV-02887-JLK-MEH)  
(D. Colo.)

_____

## ORDER

_____

This matter is before the court on Appellees' Motion to Dismiss for Lack of Appellate Jurisdiction. On or before December 14, 2022, Appellant is directed to file a response to the motion to dismiss. See 10th Cir. R. 27.3(A)(4). Briefing on the merits is suspended pending further order of this court. See 10th Cir. R. 27.3(C).

    Entered for the Court  
    CHRISTOPHER M. WOLPERT, Clerk

    By: Sunil N. Rao  
        Counsel to the Clerk